```
1   J. Andrew Coombs (SBN 123881)
    Annie S. Wang (SBN 243027)
2   J. Andrew Coombs, A P. C.
    517 E. Wilson Ave., Suite 202
3   Glendale, California 91206
    Telephone: (818) 500-3200
4   Facsimile:  (818) 500-3201

5   andy@coombspc.com
    annie@coombspc.com
6
    Attorneys for Plaintiff
7   Adobe Systems Incorporated
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>v.<br>Don Farr and Does 1 – 10, inclusive,<br><br>    Defendants. | Case No. 08 00939 CW<br><br>PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 13, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated