# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV08-939 CW

### V.

Don Farr, Jonathan Corcoran and Does 2-10,
inclusive,

TO: (Name and address of defendant)

Jonathan Corcoran
547 Sweetwater Ln.
Eugene, OR 97404

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE JUN - 2 2008

CYNTHIA LENAHAN

(BY) DEPUTY CLERK