J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

FILED

JUN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>v.<br><br>Don Farr, Jonathan Corcoran and Does 2 – 10, inclusive,<br><br>    Defendants. | Case No. 08-939 CW<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 27, 2008    J. Andrew Coombs, A Professional Corp.


By: ___/s/ Annie S. Wang___
    J. Andrew Coombs
    Annie S. Wang
Attorney for Plaintiff Adobe Systems Incorporated

ORIGINAL