J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>            Plaintiff,<br>v.<br><br>Don Farr, Jonathan Corcoran and Does 2 – 10, inclusive,<br><br>            Defendants. | Case No. 08-939 CW<br><br>NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41 (a), Plaintiff Adobe Systems Incorporated dismisses Defendant Don Farr only, from the First Amended Complaint, without prejudice.

Dated: June 4, 2008        J. Andrew Coombs, A Professional Corp.


By: ___/s/ Annie S. Wang_____
     J. Andrew Coombs
     Annie S. Wang
Attorney for Plaintiff Adobe Systems Incorporated

Adobe v. Farr: Notice of Dismissal (Farr)                    - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 4, 2008, I served on the interested parties in this action with the:

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)

for the following civil action:

<u>Adobe Systems Incorporated v. Don Farr, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Don Farr<br>547 Sweetwater Ln.<br>Eugene, OR 97404 | *With a Courtesy Copy to:*<br>George A. Burgott<br>Luvass Cobb<br>777 High St., Suite 300<br>Eugene, OR 97401 |
| Jonathan Corcoran<br>547 Sweetwater Ln.<br>Eugene, OR 97404 | |

Place of Mailing: Glendale, California
Executed on June 4, 2008, at Glendale, California

_____
Annie Wang